UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAMUEL PRADO,<br>    Plaintiff | :<br>:<br>:    C.A. No.: 1:23-cv-00413-WES-LDA |
| v. | :<br>: |
| INTUS CARE, INC.,<br>    Defendant | :<br>: |

**STIPULATION**

Now come the parties in the above-cited matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that the above-captioned matter shall be dismissed with prejudice; no interest, costs or fees to any party.

| Plaintiff,<br>By his attorneys, | Defendant,<br>By its attorney, |
|---|---|
| /s/ V. Edward Formisano<br>V. Edward Formisano (#5512)<br>Formisano & Co., P.C.<br>100 Midway Place, Suite 1<br>Cranston, RI 02920<br>(401) 944-9691<br>edf@formisanoandcompany.com | /s/ Jeffrey S. Shapiro<br>Jeffrey S. Shapiro (#10659)<br>Fisher & Phillips, LLP.<br>20 State Street, 7th Floor<br>Boston, MA 02109<br>(617) 722-0044<br>jsshapiro@fisherphillips.com |

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 16th day of September, 2024 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano